IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01572-REB-BNB

CROSBY L. POWELL,

Plaintiff,

v.

LISA MARIE TENNYSON,
CLIFFORD JAMES HUNTER,
VERONICA RAMIREZ,
WELLS FARGO BANK, NA, and
EXPERIAN INFORMATION SOLUTIONS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Veronica Ramirez's Motion to Set Deadline to Respond to Complaint** [docket no. 13, filed August 3, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant Ramirez shall answer or respond to the plaintiff's Complaint on or before **September 7, 2007**.


DATED: August 8, 2007