## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 07-cv-01572-REB-BNB

CROSBY L. POWELL,

    Plaintiff,

v.

LISA MARIE TENNYSON,
CLIFFORD JAMES HUNTER,
VERONICA RAMIREZ,
WELLS FARGO BANK, NA and
EXPERIAN INFORMATION SOLUTIONS,

    Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANT VERONICA RAMIREZ ONLY

**Blackburn, J.**

The matter comes before the court on the **Stipulation Of Dismissal As To Plaintiff's Claims Against Defendant Veronica Ramirez** [#21], filed September 10, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant Veronica Ramirez should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation Of Dismissal As To Plaintiff's Claims Against Defendant Veronica Ramirez** [#21], filed September 10, 2007, is **APPROVED**;

    2. That plaintiff's claims against defendant, Veronica Ramirez, are **DISMISSED** with the parties to pay their own attorney fees and costs;

3.  That the defendant, Veronica Ramirez, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated September 11, 2007, at Denver, Colorado.

          **BY THE COURT:**

          **s/ Robert E. Blackburn**
          **Robert E. Blackburn**
          **United States District Judge**