**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01572-REB-BNB

CROSBY L. POWELL,

    Plaintiff,

v.

LISA MARIE TENNYSON,
CLIFFORD JAMES HUNTER, and
WELLS FARGO BANK, NA,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANT CLIFFORD JAMES HUNTER ONLY**

**Blackburn, J.**

The matter comes before the court on the **Stipulation Of Dismissal As To Plaintiff's Claims Against Defendant Clifford James Hunter** [#26], filed September 13, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claim against defendant Veronica Ramirez should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation Of Dismissal As To Plaintiff's Claims Against Defendant Clifford James Hunter** [#26], filed September 13, 2007, is **APPROVED**;

    2. That plaintiff's claims against defendant Clifford James Hunter are **DISMISSED** with the parties to pay their own attorney fees and costs;

3.  That the defendant, Clifford James Hunter, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated September 13, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**