**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01572-REB-BNB

CROSBY L. POWELL,

    Plaintiff,

v.

LISA MARIE TENNYSON, and
WELLS FARGO BANK, NA,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation Of Dismissal With Prejudice** [#40], filed November 8, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claim against defendant Veronica Ramirez should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation Of Dismissal With Prejudice** [#40], filed November 8, 2007, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 9, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn
                                      United States District Judge**