**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01572-REB-BNB

CROSBY L. POWELL,

    Plaintiff,

v.

LISA MARIE TENNYSON, and
WELLS FARGO BANK, NA,

    Defendants.

## AMENDED ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court *sua sponte* to amend the court's **Order of Dismissal** [#41], entered on November 9, 2007. In paragraph one of the order, the court indicated inadvertently that plaintiff's claims against defendant, Veronica Ramirez, should be dismissed. Defendant, Veronica Ramirez, was dismissed from this action by the court's **Order of Dismissal as To Defendant Veronica Ramirez Only** [#23], entered September 11, 2007. Instead, the order should 1) approve the parties' stipulation [#40] filed November 8, 2007; 2) dismiss with prejudice the plaintiff's claims against defendants, Tennyson and Wells Fargo; and 3) dismiss the action with prejudice. Thus, this amended order is entered.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation Of Dismissal With Prejudice** [#40], filed November 8, 2007, is **APPROVED**;

2. That the court's **Order of Dismissal** [#41], entered on November 9, 2007, is

**AMENDED** to reflect that plaintiff's claims against defendants, Lisa Marie Tennyson and Wells Fargo Bank, NA, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

    3. That the action is **DISMISSED**.

Dated November 14, 2007, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**